RECEIVED

JUN 10 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN ROSS HAROLD | CIVIL ACTION NO. 11-cv-1744 |
| VERSUS | JUDGE STAGG |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 55)** is **granted** and all claims against all Defendants are **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE